1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8
9

| Lufthansa Technik AG, | ) | No. C14-1821 RSM |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATION, MOTION, AND ORDER REGARDING STAY AND REQUEST FOR FINAL JUDGMENT |
| Astronics Advanced Electronic Systems Corp. and KID-Systeme GmbH, | ) ) ) | |
| Defendants. | ) ) | |

10
11
12
13
14
15

16    **STIPULATION AND MOTION**

17          The parties, by their undersigned counsel, stipulate as follows:

18          1.    On July 20, 2016, the Court issued its Summary Judgment Order (Dkt. No. 148),

19    granting Defendant Astronics Advanced Electronic System Corp.'s ("AES") motion for

20    summary judgment; declaring Plaintiff Lufthansa Technik AG's ("LHT") U.S. Patent No.

21    6,016,016 invalid for indefiniteness; dismissing with prejudice LHT's claims against AES;

22    striking AES's motion to compel as moot; and directing LHT and Defendant KID-Systeme

23    GmbH's ("KID") to submit a Joint Status Report in seven days addressing the status of the case

24    and the need for the Court to rule on the remaining Motions given the Summary Judgment Order.

25          2.    On July 27, 2016, LHT and KID submitted their Joint Status Report (Dkt. No.

26    149).

STIPULATION, MOTION, AND ORDER

1

2

3.     In the Joint Status Report, LHT stated that it intends to appeal the Summary Judgment Order, which dismissed all of LHT's claims against AES with prejudice.

3

4

5

6

4.     Because this action presents more than one claim for relief and because multiple parties are involved, LHT requests that the Court direct entry of a final judgment under Federal Rule of Civil Procedure 54(b) as to LHT's claims against AES with the express determination "that there is no just reason for delay."

7

5.     KID does not oppose LHT's request for this entry of judgment under Rule 54(b).

8

6.     LHT contacted counsel for AES, and AES takes no position on this motion.

9

7.     LHT's claims against KID remain pending.

10

8.     On January 29, 2016, KID moved to dismiss LHT's claims.  (Dkt. No. 97.)

11

12

13

14

9.     On April 26, 2016, this Court ordered KID to produce jurisdictional discovery to LHT.  (Dkt. No. 124.)  On June 1, 2016, the Court stayed all pending motions and discovery. (Dkt. No. 139.)  In view of the stay, KID has not yet produced that jurisdictional discovery to LHT.

15

16

10.    On May 12, 2016, KID brought a supplemental motion to dismiss.  (Dkt. No. 129.)

17

18

19

20

21

22

11.    LHT and KID jointly request that the Court stay proceedings on LHT's claims against KID, including the pending motions to dismiss (Dkt. Nos. 97 and 129), and continue the stay of discovery in compliance with the Court's jurisdictional discovery order (Dkt. No. 124), pending the outcome of LHT's forthcoming appeal.  LHT and KID will submit an updated joint status report to the Court within 14 days of the date the Federal Circuit issues its mandate in LHT's appeal.

23

24

25

26

STIPULATION, MOTION, AND ORDER

- 2 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

1   DATED this 17th day of August, 2016.

2

3 By  /s/ Bradley S. Keller
   Bradley S. Keller, WSBA #10665
   /s/ Keith D. Petrak
4  Keith D. Petrak, WSBA #19159
   BYRNES KELLER CROMWELL LLP
5  1000 Second Avenue, 38th Floor
   Seattle, Washington 98104
6  Telephone: (206) 622-2000
   Facsimile:  (206) 622-2522
7  Email:  bkeller@byrneskeller.com
   kpetrak@byrneskeller.com

8

9  /s/ Lawrence D. Rosenberg
   Lawrence D. Rosenberg, DC Bar #462091
10  (admitted *pro hac vice*)
   JONES DAY
11  51 Louisiana Avenue, N.W.
   Washington, D.C.  20001-2113
12  Telephone:  (202) 879-3939
   Facsimile:  (202) 626-1700
13  Email:  ldrosenberg@jonesday.com

14  /s/ David M. Maiorana
   David M. Maiorana, OH Bar #0071440
15  (admitted *pro hac vice*)
   /s/ Susan M. Gerber
16  Susan M. Gerber, OH Bar #0070945
   (admitted *pro hac vice*)
17  JONES DAY
   North Point, 901 Lakeside Avenue
18  Cleveland, OH  44114
   Telephone:  (216) 586-3939
19  Facsimile:  (216) 579-0212
   Email:  dmaiorana@jonesday.com
20  smgerber@jonesday.com

21 *Attorneys for Lufthansa Technik AG*

By: s/ Louis D. Peterson
  Louis D. Peterson, WSBA #5776
  s/ Michael R. Scott
  Michael R. Scott, WSBA #12822
  HILLIS CLARK MARTIN &
  PETERSON P.S.
  1221 Second Avenue, Suite 500
  Seattle WA 98101-2925
  Telephone: (206) 623-1745
  Facsimile: (206) 623-7789
  Email: lou.peterson@hcmp.com
  michael.scott@hcmp.com

  s/ Walter E. Hanley Jr.
  Walter E. Hanley, Jr.
  (admitted *pro hac vice*)
  s/ Mark A. Chapman
  Mark A. Chapman
  (admitted *pro hac vice*)
  KENYON & KENYON LLP
  One Broadway
  New York, NY 10004-1007
  Telephone: (212) 425-7200
  Facsimile: (212) 425-5288
  Email: whanley@kenyon.com
  mchapman@kenyon.com

*Attorneys for Defendant*
*KID-Systeme GmbH*

22

23

24

25

26

STIPULATION, MOTION, AND ORDER

- 3 -

1

2

**ORDER**

It is so ORDERED this 18th day of August 2016 that:

3

4

    (a)    Finding that there is no just reason for delay, the Court enters final judgment as to LHT's claims against AES;

5

6

    (b)    All proceedings on LHT's claims against KID, including KID's pending motions to dismiss (Dkt. #97 and #129) and the discovery in compliance with the Court's jurisdictional discovery order (Dkt. #124), are hereby stayed pending the outcome of LHT's forthcoming appeal of the judgment as to LHT's claims against AES; and

7

8

9

10

    (c)    LHT and KID will submit an updated joint status report to the Court within 14 days of the date the Federal Circuit issues its mandate in LHT's appeal.

11

12

13

14

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

15

16

Presented by:

17

Jones Day
Attorneys for Plaintiff Lufthansa Technik AG

18

19

By    s/Susan M. Gerber
        Susan M. Gerber (admitted *pro hac vice*)

20

21

North Point
901 Lakeside Avenue
Cleveland, OH  44114
Tel: 216-586-7153
Fax: 216-579-0212
Email: smgerber@jonesday.com

22

23

24

25

26

STIPULATION, MOTION, AND ORDER

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION, MOTION, AND ORDER

- 5 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000