THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Lufthansa Technik AG, | No. 2:14-cv-01821-RSM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER AMENDING PROTECTIVE ORDER |
| Astronics Advanced Electronic Systems Corp. and KID-Systeme GmbH, | NOTE ON MOTION CALENDAR: JUNE 3, 2021 |
| Defendants. | |

STIPULATION AND ORDER AMENDING PROTECTIVE ORDER
(No. 2:14-cv-01821-RSM)

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# **STIPULATION**

The above-captioned parties, through their undersigned counsel, stipulate that Section 4.3(b) of the Third Amended Protective Order (Dkt. No. 172) shall be amended to state as follows:

(b) designated in-house counsel of the receiving party— Felix Hachmeister and Thomas Terbeck for Lufthansa Technik AG ("Lufthansa"), and Ed Sterner for Astronics Advanced Electronic Systems ("AES")—provided that each individual shall have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

DATED this 3rd day of June, 2021.

By: s/ Keith D. Petrak
Keith D. Petrak, WSBA #19159
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Phone: (206) 622-2000
kpetrak@byrneskeller.com

Lawrence D. Rosenberg (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: (202) 879-3939
ldrosenberg@jonesday.com
*Attorneys for Lufthansa Technik AG*

By: s/Louis D. Peterson
Louis D. Peterson, WSBA #5776
Hillis Clark Martin & Peterson
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Phone: (206) 623-1745
lou.peterson@hcmp.com
michael.scott@hcmp.com

Mark A. Chapman (pro hac vice)
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
Phone: (212) 425-7200
mchapman@kenyon.com
*Attorneys for Defendant KID-Systeme GmbH*

By: s/James H. Bicks
Stuart R. Dunwoody, WSBA #13948
Davis Wright Tremaine
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 757-8034
stuartdunwoody@dwt.com

James H. Bicks (pro hac vice)
John M. Doroghazi (pro hac vice)
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901
Phone: (203) 363-7622
jbicks@wiggin.com
jdoroghazi@wiggin.com

Joseph M. Casino (pro hac vice)
Wiggin and Dana LLP
450 Lexington Avenue, 38th Floor
New York, New York 10017
Phone: (212) 551-2842
jcasino@wiggin.com

*Attorneys for Astronics Advanced Electronic Systems Corp.*

STIPULATION AND ORDER AMENDING PROTECTIVE ORDER
(No. 2:14-cv-01821-RSM)     - 1 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# ORDER

It is so ORDERED.

DATED this 4th day of June, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Keith D. Petrak
Keith D. Petrak, WSBA #19159
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Phone: (206) 622-2000
kpetrak@byrneskeller.com

Lawrence D. Rosenberg (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: (202) 879-3939
ldrosenberg@jonesday.com
*Attorneys for Lufthansa Technik AG*

By: s/Louis D. Peterson
Louis D. Peterson, WSBA #5776
Hillis Clark Martin & Peterson
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Phone: (206) 623-1745
lou.peterson@hcmp.com
michael.scott@hcmp.com

Mark A. Chapman (pro hac vice)
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
Phone: (212) 425-7200
mchapman@kenyon.com
*Attorneys for Defendant KID-Systeme GmbH*

By: s/James H. Bicks
Stuart R. Dunwoody, WSBA #13948
Davis Wright Tremaine
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 757-8034
stuartdunwoody@dwt.com

James H. Bicks (pro hac vice)
John M. Doroghazi (pro hac vice)
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901
Phone: (203) 363-7622
jbicks@wiggin.com
jdoroghazi@wiggin.com

Joseph M. Casino (pro hac vice)
Wiggin and Dana LLP
450 Lexington Avenue, 38th Floor
New York, New York 10017
Phone: (212) 551-2842
jcasino@wiggin.com

*Attorneys for Astronics Advanced Electronic Systems Corp.*

STIPULATION AND ORDER AMENDING PROTECTIVE ORDER
(No. 2:14-cv-01821-RSM)   - 2 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 3rd day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Keith D. Petrak
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
kpetrak@byrneskeller.com
*Attorneys for Lufthansa Technik AG*

STIPULATION AND ORDER AMENDING PROTECTIVE ORDER
(No. 2:14-cv-01821-RSM)   - 3 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000